IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01094-REB-KLM

TYLER V., by and through his parents and next friends,
DESIREE AND ROBERT V.,

    Plaintiff(s),

v.

ST. VRAIN VALLEY SCHOOL DISTRICT NO. RE-1J,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Parties' **Motion and Stipulation for Protective Order** [Docket No. 17; filed September 27, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filling and is entered as an Order of this Court as of the date of this Minute Order.

    Dated:  September 28, 2007