# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

Civil Action No.: 07-cv-01094-PAB-KLM  **FTR** - Reporter Deck - Courtroom C-204

Byron G. Rogers United States Courthouse

Date: **October 24, 2008**  Courtroom Deputy, Kathleen Finney

_____

TYLER V.,  Eloise H. Bouzari

By and through his parents and next friends,

DESIREE and ROBERT V.,

    **Plaintiff(s),**

v.

ST. VRAIN VALLEY SCHOOL DISTRICT RE-1J,  Catherine A. Tallerico

    **Defendant(s).**

_____

## COURTROOM   MINUTES  /  MINUTE  ORDER
_____

**MOTIONS HEARING:**

**Court in Session: 2:28 p.m.**

Court calls case.    Appearance of counsel.

This case has been reassigned to the Honorable Philip A. Brimmer.

The Court raises Defendant's Partial Motion to Dismiss  [Docket No. 41, filed 07/03/2008] for argument.

Defendant's arguments by Catherine A. Tallerico.
Plaintiffs' arguments by Eloise H. Bouzari.

**It is ORDERED:**    Defendant's Partial Motion to Dismiss  [Docket No. 41, filed 07/03/2008] is **TAKEN UNDER ADVISEMENT.**  The Court will issue a written order in due course.

HEARING CONCLUDES.    **Court in recess: 3:36 p.m.**    Total In-Court Time:   01:08

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.